1
 Patience Solanke, Petitioner v. Apple Store 1683 Briargate Pkwy # 315, Colorado Springs, CO 80920; Regional Manager Kim; Store Managers Marada and Karen Nunez; Staff Tarik, Jakub and Chris; Apple, Inc. One Apple Park Way, Cupertino, CA 95014; Apple, Inc Call Center; and Jeremy Senior Apple Inc. Call Center Employee Mac Book Pro M1 Chip. Respondents No. 24SC185
Supreme Court of Colorado, En Banc
July 22, 2024

 Court
 of Appeals Case No. 23CA1085

 Petition
 for Writ of Certiorari DENIED.